The City of Orlando, Appellant, v. Nannie B. Giles and James L. Giles, her Husband, Appellees.

(Supreme Court of Florida, Division B, March 20, 1906.)

Appeal from Circuit Court, Orange County; Minor S. Jones, Judge.

*Louis C. Massey,* for Appellant.

*Beggs & Palmer,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was an order in favor of the defendants and the complainant appeals. Order reversed on the authority of The City of Orlando v. Nannie B. Giles and James L. Giles, her husband, decided at the present term.

Decision Per Curiam.